# Court of Appeals
# of the State of Georgia

ATLANTA,  March 06, 2023

*The Court of Appeals hereby passes the following order:*

**A23A1036. MIRCEA URSU v. ANGELA URSU.**

In February 2022, the trial court entered an amended final judgment and decree of divorce. Mircea Ursu filed a motion for new trial, which the trial court denied. Mircea Ursu then filed this direct appeal. We, however, lack jurisdiction.

"Appeals from judgments or orders in divorce, alimony, and other domestic relations cases" must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (2), (b). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Because this is a domestic relations case, Mircea Ursu was required to comply with the discretionary appeal procedure to obtain review of the trial court's order denying his motion. His failure to do so deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
     Clerk's Office, Atlanta,  03/06/2023
     I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
     Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen*
                                                                              , Clerk.